Matthew Peré
c/o Nelson Coleman Correctional Center
5061 LA Hwy 3129
Killona, LA 70057



9/28/17

To the Honorable Judge Milazzo:

I am writing directly to you because I have some misgivings about the way my case is proceeding. My court-appointed attorney, Valerie Jusselin, has been largely helpful; however, with my sentencing hearing imminent, I feel as though we are not completely prepared for my defense on all relevant issues.

Much of my trepidation results from poor communication, which has been a problem throughout the entire process. There is no way for her to return any voicemails I leave, so any phone communication depends on my being fortunate enough to catch her at her desk with no other distractions. No confidential method of communication with her exists other than her rare visit to the jail, and if she responds to my written communication, the facility often holds incoming mail for over a week, adding unnecessary delay.

Therefore, I feel that a lot of her defense strategy seems rushed. When she does visit me at the jail (usually within days of a scheduled court date), I often feel that some unresolved issues remain and that there is never adequately time to fully discuss my situation in a satisfactory manner. Some of these unresolved points could have extensive ramifications at sentencing, which in turn would affect the rest of my life. I do not take such a thing lightly.

I apologize for any convenience that this might cause; it is absolutely not my intention to unnecessarily frustrate the Court's progress. However, with things as they currently stand, I do not feel confident that Ms. Jusselin and I have fully discussed and explored all relevant avenues of my defense. Thank you for your time and attention to this matter.

Sincerely,

Matthew Peré

Nathan Rose
c/o NCCC
Sell LA Hwy 3124
Killona, LA 70057

Judge Jane Milazzo
c/o Clerk of Court - Div. H
500 Poydras St
New Orleans, LA 70130

NEW ORLEANS LA 700
29 SEP 2017 PM 4 L

NELSON COLEMAN
CORRECTIONAL CENTER

70130-331999